1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  MARISSA HARRIS (DCBN 997421)
   Assistant United States Attorney
5
      150 Almaden Boulevard, Suite 900
6     San Jose, California 95113
      Telephone: (408) 535-5043
7     FAX: (408) 535-5066
      marissa.harris@usdoj.gov
8
   Attorneys for United States of America
9

10                 UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                     SAN JOSE DIVISION

13 UNITED STATES OF AMERICA,    )  NO. 15-CR-00223 LHK
                                     )
14     Plaintiff,                   )  NOTICE OF DISMISSAL
                                     )
15   v.                               )
                                     )
16 EVELINA FELIX-ARAUJO,              )
                                     )
17     Defendant.                   )
                                     )
18

19       With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

20 States Attorney for the Northern District of California dismisses the above indictment without prejudice.

21 The government also requests that the Court vacate the trial currently scheduled for May 23-25, 2016,

22 before Judge Lucy H. Koh and all associated briefing deadlines, pretrial conferences, and motions

23 hearings.

24 DATED: April 18, 2016                      Respectfully submitted,

25                                        BRIAN J. STRETCH
                                          United States Attorney
26

27                                         /s/
                                          MARISSA HARRIS
28                                        Assistant United States Attorney

NOTICE OF DISMISSAL 15-CR-00223 LHK

**ORDER**

Leave is GRANTED to the government to dismiss the indictment without prejudice. The Court VACATES the trial currently scheduled for May 23-25, 2016, before Judge Lucy H. Koh and all associated briefing deadlines, pretrial conferences, and motions hearings.

The Clerk shall close the case file.

Date: 4/18/2016

_Lucy H. Koh_
Lucy H. Koh
United States District Judge

NOTICE OF DISMISSAL 15-CR-00223 LHK